UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Savannah Kaahanui-Moniz

Case No.: TO BE ASSIGNED

**SUPERVISION REPORT**
**REQUESTING ACCEPTANCE OF JURISDICTION**

July 22, 2024

TO:   U.S. District Judge

On April 3, 2017, Savannah Kaahanui-Moniz was sentenced in the District of Hawaii by the Honorable Judge J. Michael Seabright to a term of 120 months imprisonment followed by five (5) years of supervised release for committing the offenses of Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Methamphetamine; Possession with Intent to Distribute, Attempt to Distribute, and Possession with Intent to Distribute 500 Grams or More of Methamphetamine; and Possession with Intent to Distribute, Attempt to Distribute, and Possession with Intent to Distribute 100 Grams or More of Heroin. On October 11, 2023, Kaahanui-Moniz commenced her supervised release term in the District of Nevada, where she has remained since then. Therefore, the District of Hawaii agreed to transfer jurisdiction of the case to the District of Nevada.

At this time, the undersigned requests Your Honor to approve the Transfer of Jurisdiction to allow a more efficient method of supervision for Ms. Kaahanui-Moniz. Additionally, the Administrative Office of the United States Courts prefers jurisdiction to be transferred to the supervising district. If Your Honor would prefer a different response, please indicate below.

Respectfully submitted,

*Nimra Nawaz*
Digitally signed by Nimra Nawaz
Date: 2024.07.22 16:03:34 -07'00'

Nimra Nawaz
United States Probation Officer

Approved:

Digitally signed by Erik Flocchini
Date: 2024.07.22 14:25:48 -07'00'

Erik Flocchini
Supervisory United States Probation Officer

| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | CR 16-00452JMS-01 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
|---|---|---|---|
| | District of Hawaii | Honolulu | |
| SAVANNAH KAAHANUI-MONIZ | NAME OF SENTENCING JUDGE | | |
| | The Honorable J. Michael Seabright | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 10/11/2023 | TO 10/10/2028 |

**OFFENSE**
See Attached.

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Ms. Kaahanui-Moniz has no intention of returning to the District of Hawaii.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Hawaii___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Nevada___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_7-15-24_
*Date*

_/s/ [signature]_
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___Nevada___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 29, 2024
*Effective Date*

_/s/ [signature]_
*United States District Judge*

1

Offense

**Count 1:** Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Methamphetamine 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 846

**Count 3:** Possession With Intent to Distribute, Attempt to Distribute, and Possession With Intent to Distribute 500 Grams or More of Methamphetamine 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 846; and 18 U.S.C. § 2

**Count 4:** Possession With Intent to Distribute, Attempt to Distribute, and Possession With Intent to Distribute 100 Grams or More of Heroin 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846, and 18 U.S.C. § 2